denied. *Mr. Joseph McCormack* for petitioner. *Mr. Thomas V. Koykka* for respondent.

No. 127. HEMLER *v.* HOPE PRODUCING Co. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. G. P. Bullis* for petitioner. *Mr. Henry P. Dart, Jr.* for respondent.

No. 130. STEPHENS ET AL. *v.* ST. LOUIS UNION TRUST Co. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. George Thompson, Jr., Sidney L. Samuels, Rosser J. Coke,* and *Charles Kassel* for petitioners. *Mr. Henry Davis* for respondent.

No. 133. KROUSE *v.* LOWDEN ET AL., TRUSTEES. October 13, 1941. Petition for writ of certiorari to the Supreme Court of Kansas denied. *Mr. Charles A. Horsky* for petitioner.

No. 73. PYLE *v.* TENNESSEE CENTRAL RAILWAY Co. October 13, 1941. Petition for writ of certiorari to the Supreme Court of Tennessee denied. *Mr. J. W. Stone* for petitioner. *Mr. Geo. H. Armistead, Jr.* for respondent.

No. 134. ARROW DISTILLERIES, INC., AN ILLINOIS CORPORATION, *v.* ARROW DISTILLERIES, INC., A MICHIGAN CORPORATION. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Donald A. Gardiner* for petitioner.

634

*Mr. Ralph M. Snyder* for respondent.

No. 135. ESTATE OF WILDER *v.* COMMISSIONER OF INTERNAL REVENUE. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. W. W. Spalding* for petitioner. *Assistant Solicitor General Fahy, Assistant Attorney General Clark,* and *Messrs. Sewall Key, Arnold Raum,* and *Joseph M. Jones* for respondent.

No. 136. BADGER OIL CO. *v.* COMMISSIONER OF INTERNAL REVENUE. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Geo. S. McCarthy* for petitioner. *Assistant Solicitor General Fahy, Assistant Attorney General Clark,* and *Messrs. J. Louis Monarch* and *Joseph M. Jones* for respondent.

No. 137. PETTIT *v.* COMMISSIONER OF INTERNAL REVENUE. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. W. B. Harrell* for petitioner. *Assistant Solicitor General Fahy, Assistant Attorney General Clark,* and *Mr. J. Louis Monarch,* and *Miss Louise Foster* for respondent.

No. 138. PETTIT *v.* COMMISSIONER OF INTERNAL REVENUE. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. W. B. Harrell* for petitioner. *Assistant Solicitor General Fahy* for respondent.